UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Louis Lahood Sarkis Jr.

Debtor(s)

Case No. 21-42586-mar
Judge Randon
Chapter 13

_____/

## AFFIDAVIT

STATE OF MICHIGAN )
:ss.
COUNTY OF MACOMB)

I, Louis Lahood Sarkis Jr., being first duly sworn, depose and say the following:

I did not earn enough income to necessitate filing Federal Tax returns during the years 2016-2020. Therefore, I am not required to file Federal Tax Returns for the years 2016, 2017, 2018, 2019, and 2020.

X_____
Louis Lahood Sarkis Jr.

Subscribed to and sworn before
me this 9th day of August, 2021.

_____
Notary Public Nicholas Glasser
County of Macomb
Commission Expires: 2/20/2022